Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
MELISSA ANN RIOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA ANN RIOS ) | Case No.: 1:16-cv-01372 GSA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| v. ) | EXTEND TIME TO FILE OPENING BRIEF |
| ) | |
| NANCY A. BERRYHILL, Acting ) Commissioner of Social Security. ) | (FIRST REQUEST) |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff Melissa Ann Rios and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 60 days from May 12, 2017 to July 11, 2017 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

-1-

Counsel's workload is yet to abate and counsel respectfully requests this extension to allow her to properly prepare this motion.

DATE: May 17, 2017  Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Denise Bourgeois Haley*
Denise Bourgeois Haley
Attorney for plaintiff Ms. Melissa Ann Rios

DATE: May 17, 2017  PHILLIP A. TALBET
*United States Attorney*

BY: /s/ Geralyn Gulseth for *C. Hay-Mie Cho*
C. Hay-Mie Cho
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

## **ORDER**

Pursuant to the stipulation of the parties (Doc. 15), Plaintiff's opening brief shall be filed no later than **July 11, 2017**. All other dates in the scheduling order issued on October 6, 2016 (Doc. 7), are modified accordingly.

IT IS SO ORDERED.

Dated: __**May 19, 2017**__        __/s/ Gary S. Austin__
UNITED STATES MAGISTRATE JUDGE