# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MELISSA RIOS,<br><br>　　　　Plaintiff,<br><br>　vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:16-cv-01372-GSA<br><br>ORDER GRANTING EXTENSION OF TIME TO COMMISSIONER |

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby APPROVES and ADOPTS the parties' Joint Stipulation to Extend Briefing Schedule as the Order of this Court. The Court hereby EXTENDS the schedule in this matter as follows:

1. The deadline for Defendant to file her response to Plaintiff's motion for summary judgment is extended thirty (30) days to September 11, 2017.

2. All other deadlines set forth in the Court's Scheduling Order dated October 6, 2016 (Doc. 7) are extended accordingly. Any Reply shall be filed fifteen (15) days after the filing of the Opposition.

IT IS SO ORDERED.

　Dated: __**August 8, 2017**__　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order to Extend Briefing Schedule; 1:16-cv-01372-GSA

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order to Extend Briefing Schedule; 1:16-cv-01372-GSA