PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MELISSA A. RIOS, | Case No. 1:16-cv-01372-GSA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file a responsive pleading to Plaintiff's Opening Brief be extended until October 18, 2017. This is Defendant's second request for an extension of time to respond. The case was transferred to the current Defense counsel requires additional time to fully review the administrative

1

record and consider the government's position due to conflicting due dates. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date:  September 15, 2017        Law Offices of Lawrence D. Rohlfing

                                             By:   */s/ Denise Bourgeois Haley*\*
                                                  DENISE BOURGEOIS HALEY
                                                  Attorney for Plaintiff
                                                  (\* By e-mail authorization on 09/15/17)

Dated: September 14, 2017        PHILLIP A. TALBERT
                                                  United States Attorney
                                                  DEBORAH LEE STACHEL
                                                  Regional Chief Counsel, Region IX
                                                  Social Security Administration

                                             By:    */s/ Donna W. Anderson*
                                                  DONNA W. ANDERSON
                                                  Special Assistant United States Attorney
                                                  Attorneys for Defendant

*///*

*///*

IT IS SO ORDERED.

    Dated:   **September 19, 2017**                              **/s/ Gary S. Austin**
                                                                                              UNITED STATES MAGISTRATE JUDGE

*///*

*///*

1 ///
2 ///
3 ///
4 ///

## ORDER

Pursuant to the parties' stipulation, Defendant shall file her Opposition no later than **October 18, 2017**. Any Reply shall be filed within fifteen (15) days of the filing of the Opposition.