# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA ANN RIOS, <br><br>　　　　Plaintiff, <br>v. <br>NANCY A. BERRYHILL, Acting Commissioner of Social Security. <br><br>　　　　Defendant. | Case No.: 1:16-cv-01372 GSA <br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses (Doc. 26), Plaintiff's counsel shall be awarded fees and expenses in the amount of $3,200.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, subject to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), and in accordance with the terms of the stipulation.

IT IS SO ORDERED.

　Dated: __June 7, 2018__　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE